UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TREELINE WHITMAN ASSOC., et al.,
                          Plaintiffs,

                      **ORDER**
    - against -                              CV 02-1658 (DRH)(WDW)

BRESSLER, AMERY & ROSS, P.C., et al.,
                          Defendants.
------------------------------------------------------------ X

**WALL, Magistrate Judge:**

      The court has been informed that Errol Blank, the plaintiffs' counsel in this matter, has died. The Clerk of the Court is directed to terminate Mr. Blank as attorney of record. Because two of the plaintiffs - Treeline Whitman Associates and Treeline Garden City Plaza LLC- are a partnership and a corporation, they cannot proceed pro se. *See Eagle Assocs. v. Bank of Montreal,* 926 F.2d 1305 (2d Cir. 1991) (holding that 28 U.S.C. § 1654 precludes a corporation from appearing through a lay representative); *Pridgen v. Van Raalte,* 113 F.3d 391, 393 (2d Cir. 1997) (layperson may not represent a partnership). Accordingly, Treeline Whitman Associates and Treeline Garden City Plaza LLC must retain new counsel within 45 days of receipt of this order. The individual plaintiffs - C. Glenn Schor and Stanley J. Sanders- may proceed pro se or retain new counsel. They must inform the court within 45 days of the identity of their new counsel or their wish to proceed pro se. A conference will be held on **September 5, 2006 at 10:00 a.m.** in Courtroom 820 of the Federal Courthouse in Central Islip. All parties or their counsel must attend.

      Because the court does not know the addresses of the corporate or individual plaintiffs, it asks that Matthew Blank, Errol Blank's son, who informed the court of the sad news of his father's passing, forward copies of this order to the plaintiffs. In the alternative, if defense counsel knows their addresses, he is asked to copy them on this order or to let the court know their addresses. Mr. Blank and/or Mr. Maloney are further asked to inform the court of service on the plaintiffs if service is made.

Dated: Central Islip, New York                **SO ORDERED:**
       July 18, 2006

                                                        s/ William D. Wall
                                                        WILLIAM D. WALL
                                                        United States Magistrate Judge